PROB 12C
(6/16)

Report Date: January 8, 2021

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Holt William Hosier | Case Number: 0980 2:16CR00148-WFN-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 8, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: July 30, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: July 29, 2023 |

## PETITIONING THE COURT

**To issue a <u>WARRANT</u>.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **<u>Mandatory Condition #1</u>**: You must not commit another federal, state or local crime. |

<u>Supporting Evidence</u>: On January 7, 2021, Holt Hosier is alleged to have violated mandatory condition number 1 by being arrested by the Spokane Police Department. Mr. Hosier was charged with fourth degree assault in case number 2021-20003637.

On August 4, 2020, Holt Hosier signed his judgment for case number 2:16CR00148-WFN-1 indicating he understood all conditions ordered by the Court. Specifically, Mr. Hosier was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

On January 8, 2021, the undersigned officer reviewed Spokane Police Department's field case reports relative to Mr. Hosiers' arrest. According to the reports, on January 7, 2021, at approximately 11:30 p.m., law enforcement officers were dispatched to a domestic violence call in progress at Mr. Hosier's listed address. The law enforcement officers established contact with Mr. Hosier who consented to entering the residence to check the welfare of the other occupants. Upon entry, Mr. Hosier called for his wife who was in another room. Mr. Hosier's wife came out to meet with the officers, in which they observed a massive raised bump on the right side of her forehead which was bruised, her nose was swollen and blood was covering her face, shoulders and arms. Mr. Hosier explained they had an argument about

Prob12C
Re: Hosier, Holt William
January 8, 2021
Page 2

"life." The officers determined probably cause existed to arrest and charge Mr. Hosier for fourth degree assault.

2 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Hosier violated special condition number 5 by consuming alcoholic beverages on January 7, 2021, as referenced by Spokane Police Officers in case 2021-20003637.

On August 4, 2020, Holt Hosier signed his judgment for case number 2:16CR00148-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hosier was made aware by his U.S. probation officer that he must abstain from alcohol.

On January 8, 2021, the undersigned officer reviewed Spokane Police Department's field case reports relative to Mr. Hosiers' arrest. According to the reports, on January 7, 2021, at approximately 11:30 p.m., law enforcement officers were dispatched to a domestic violence call in progress at Mr. Hosier's listed address. The law enforcement officers established contact with Mr. Hosier and noted he was intoxicated based on his inability to maintain balance and the smell of alcohol emitting from his body.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2020

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

1/8/2021

Date