PROB 12C
(6/16)

Report Date: January 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holt William Hosier          Case Number: 0980 2:16CR00148-WFN-1

Address of Offender:                         Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 8, 2017

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 48 months;   TSR - 36 months |

Original Sentence: Prison - 48 months;          Type of Supervision: Supervised Probation
                   TSR - 36 months

Asst. U.S. Attorney: George J.C. Jacobs, III          Date Supervision Commenced: July 30, 2020

Defense Attorney: Federal Public Defender          Date Supervision Expires: July 29, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On January 12, 2021, Holt Hosier is alleged to have violated mandatory condition 1, by being charged by Spokane Police Department, with four-counts of violation of a no contact order, in case 2021-20005918.

On August 4, 2020, Holt Hosier signed his judgment for case number 2:16CR00148-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hosier was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

On January 14, 2021, the undersigned officer reviewed Spokane Police Department's field case reports relative to Mr. Hosier's new charges. On January 8, 2021, a no contact order was issued between Mr. Hosier and the victim of the crime in case number 2021-20003637. According to report 2021-20005918, between January 8 and 11, 2021, Mr. Hosier successfully communicated with the victim using the Spokane County Jail inmate telephone system. The charging officer determined probable cause to charge Mr. Hosier based on him providing a specific PIN to place calls, using his name for identification, regularly speaking about specific details related to his arrest, and his supervision status, as well as, the no

**Prob12C**
**Re: Hosier, Holt William**
**January 15, 2021**
**Page 2**

contact order currently in place.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     January 15, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition
          with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

1/15/2021

Date